IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Comcast Cablevision of Carolina, Inc., | ) | |
| a South Carolina Corporation, and | ) | |
| Comcast of Georgia, Inc., | ) | |
| a Georgia Corporation, | ) | C.A. No. 4:03-3995-TLW-TER |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Stephen C. Javetski, individually and d/b/a | ) | |
| SJ Enterprises, an unregistered | ) | |
| South Carolina business, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Thomas E. Rogers, III, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge Rogers recommends that the plaintiffs be awarded $98,132.93 against Stephen C. Javetski, individually and d/b/a SJ Enterprises, and that the Clerk of Court be directed to enter default judgment for plaintiffs in this amount. The Magistrate Judge's report was filed on February 28, 2007. No objections have been filed.[1]

---

[1] The Magistrate Judge had a damages hearing in this matter on February 27, 2007. In the Report, the Magistrate Judge indicates that defendant did not appear for the damages hearing and that the Clerk sent notice of the hearing to the address where defendant was served with the summons and complaint, and that this mailed notice was returned as undeliverable. Upon further review of the record, this Court notes that an initial notice of the damages hearing was sent on January 31, 2007 to the address where the summons and complaint were served. This notice was returned as undeliverable on February 12, 2007. Out of an abundance of caution, the Clerk found

1

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report.  28 U.S.C. § 636.  No objections have been filed to the Report.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report summarizes this case and the applicable law.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED**, and plaintiffs are awarded $98,132.93 against Stephen C. Javetski, individually and d/b/a SJ Enterprises**.**  The Clerk is directed to enter default judgment for plaintiffs in this amount.

**IT IS SO ORDERED.**

s/ Terry L. Wooten
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**

March 22, 2007
Florence, South Carolina

---

a second, more recent address for defendant on a certificate of service attached to document # 46 in the case.  A hearing notice was sent to this address on February 12, 2007, and was not returned.  The Report was likewise was sent to this second, more recent address and was not returned.